IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Everest Indemnity Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>Mohamed Abdulle, et al.,<br><br>Defendants. | No. CV-19-08241-PCT-SPL<br>No. CV-19-08327-PCT-NVW (cons.)<br><br>**ORDER** |

Before the Court is H&L Brothers Transport, LLC's Motion to Consolidate (Doc. 25), in which they request that this action be consolidated with related case *Foster v. H&L Brothers Transport LLC, et al.*, Case No. CV-19-08327-PCT-NVW. No objection has been filed. Finding good cause appearing,

**IT IS ORDERED**:

1. That the Stipulation to Consolidate (Doc. 25) is **granted**;

2. That the Clerk of Court shall consolidate Case Nos. CV-19-08241-PCT-SPL and CV-19-08327-PCT-NVW, with CV-19-08241-PCT-SPL as the lead case;

3. That all future pleadings and papers submitted for filing shall bear the following complete case number: **CV-19-08241-PCT-SPL** and shall be filed only in the lead case; and

///

///

///

4. That Plaintiffs shall have until **January 20, 2020** to either designate one of the complaints in the above-captioned actions as the operative complaint or file a consolidated complaint in the consolidated action.

Dated this 19th day of December, 2019.

_____
Honorable Steven P. Logan
United States District Judge